### *MAYHEW* vs. *PAXTON*.

Appeal dismissed for want of a statement of facts, &c.

APPEAL from the court of the first district.

PORTER, J. delivered the opinion of the court. This appeal has been taken without a statement of facts, bill of exceptions, evidence taken down by the clerk, or without its appearing that the cause has been tried on written documents. It comes up with the same certificate which we held in the case of *Moulton* vs. *Brandt*, to be insufficient. 10 *Martin*, 669.

It is therefore ordered, adjudged, and decreed, that the appeal be dismissed, with costs.

*Smith* for the plaintiff.